**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PAUL SANDOVAL, | ) | No. C 04-1279 MMC (PR) |
| Plaintiff, | ) | **ORDER DIRECTING PLAINTIFF TO FILE NOTICE OF INTENT TO PROSECUTE AND NOTICE OF WHETHER HE SEEKS APPOINTMENT OF COUNSEL** |
| v. | ) | |
| CORRECTIONAL CAPTAIN MANDEL and CORRECTIONAL SGT JORDAN, | ) | |
| Defendants. | ) | |

     On April 1, 2004, plaintiff, a California prisoner proceeding pro se, filed the above-titled civil rights action pursuant to 42 U.S.C. § 1983 against defendants Captain Mandel ("Mandel") and Sergeant Jordan ("Jordan"). On February 14, 2006, the Court dismissed the claims against Mandel without prejudice, based on lack of service, and denied Jordan's motion for summary judgment. Because plaintiff had not filed anything in the case after the filing of the complaint two years earlier, the Court ordered plaintiff to notify the Court within thirty days as to whether he intended to prosecute this matter. The Court cautioned plaintiff that his failure to do so would "result in the dismissal of the above-titled action for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure."

     On March 20, 2006, plaintiff filed a document titled "Proposed Order Granting Plaintiff's Request to Have the Unsigned Motion For Summary Judgment Stricken." No such request has been filed with the Court, however, and the only motion for summary judgment filed in this case, the above-referenced motion filed on behalf of Jordan, is signed. A review of the text of plaintiff's "Proposed Order" affords no assistance in clarifying the

1  "request" referenced in the title; rather, plaintiff makes a number of unintelligible and
2  unexplained requests, including a request for summary judgment, "Judgment pursuant to
3  Rule 54(c)," and a "note of Issue."  Accordingly, no action can be taken on plaintiff's March
4  20, 2006 filing.  In that filing, however, plaintiff indicates he received the Court's February
5  14, 2006 Order directing him to file a notice of intent to prosecute.  Although plaintiff has
6  not filed such notice, his recent filing suggests that he may wish to continue with the case.
7  Accordingly, plaintiff will be granted an additional 30 days in which to notify the Court of
8  his intent with respect to prosecuting this action.

9  For the reasons set forth above, plaintiff is hereby ORDERED to file, no later than
10  thirty (30) days from the date this order is filed, a notice stating either that plaintiff does or
11  does not intend to prosecute this matter. **Plaintiff is hereby advised that his failure to so
12  advise the Court that he intends to prosecute his claims in this matter will result in the
13  dismissal of the above-titled action for failure to prosecute, pursuant to Rule 41(b) of
14  the Federal Rules of Civil Procedure.**

15  If plaintiff wishes to prosecute this matter, plaintiff is FURTHER ORDERED to file,
16  within thirty (30) days of the date this order is filed, a notice advising the Court as to whether
17  he wishes to have pro bono counsel appointed to represent him in this matter.

18  IT IS SO ORDERED.

19  DATED: April 12, 2006

_____
MAXINE M. CHESNEY
United States District Judge