IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **PAUL SANDOVAL,**<br><br>         Plaintiff,<br><br>   v.<br><br>**CAPTAIN MANDEL, et al.,**<br><br>         Defendants. | C 04-1279 MMC (JL)<br><br>**ORDER RESCHEDULING<br>SETTLEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the settlement conference scheduled for Friday, March 9, 2007 at 10:00 a.m. has been continued to Wednesday, **May 2, 2007 at 2:00 p.m.,** in Judge Larson's chambers, located at the Federal Building, 450 Golden Gate Avenue, 15th Floor, San Francisco, CA 94102.

The parties shall notify Magistrate Judge Larson's chambers immediately if this case settles prior to the date set for settlement conference.

Dated: March 7, 2007

IT IS SO ORDERED

_____
The
Judge James Larson

Order Rescheduling Settlement Conf.

*Paul Sandoval v. Mandel, et al.*
Case No. C 04-1279 MMC (PR)

1