1  **KIRKPATRICK & LOCKHART**
    **PRESTON GATES ELLIS LLP**
2  WILLIAM N. HEBERT (SBN 136099)
    PATRICE N. HARPER (SBN 225573)
3  55 Second Street, 17th Floor
    San Francisco, California 94105
4  Telephone: 415-882-8200
    Facsimile: 415-882-8220
5
    Attorneys for Plaintiff
6  Paul Michael Sandoval

7  EDMUND G. BROWN, JR.
    Attorney General of the State of California
8  DAVID S. CHANEY
    Chief Assistant Attorney General
9  FRANCES T. GRUNDER
    Senior Assistant Attorney General
10 THOMAS S. PATTERSON
    Supervising Deputy Attorney General
11 VIRGINIA I. PAPAN, State Bar No. 143659
    Deputy Attorney General
12 455 Golden Gate Avenue, Suite 11000
    San Francisco, CA 94102-7004
13 Telephone: (415) 703-5956
    Fax: (415) 703-5843
14 Email: Gina.Papan@doj.ca.gov

15 Attorneys for Defendant
    Sergeant Jordan
16

17                    **UNITED STATES DISTRICT COURT**

18                    **NORTHERN DISTRICT OF CALIFORNIA**

19                          **SAN FRANCISCO DIVISION**

| | |
|---|---|
| PAUL MICHAEL SANDOVAL, | Case No. C-04-1279 MMC (JL) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO MAKE AVAILABLE PLAINTIFF PAUL MICHAEL SANDOVAL BY TELPEHONE FOR SETTLEMENT CONFERENCE** |
| vs. | |
| CAPTAIN MANDEL and SERGEANT JORDAN, | |
| Defendants. | Date: May 2, 2007<br>Time: 2:00 p.m.<br>Place: Chambers, 15th Floor |
| | The Honorable Magistrate Judge James Larson |

STIP. AND ORDER TO MAKE PLAINTIFF AVAILABLE BY PHONE:
*Sandoval v. Jordan*, Case No. C-04-1279 MMC

1  Plaintiff Paul Michael Sandoval is an inmate at the Pleasant Valley State Penitentiary. The
2  Court has scheduled a settlement conference for May 2, 2007, in which Plaintiff must participate in
3  order for the settlement conference to be effective. The California Department of Corrections will
4  make Plaintiff available by telephone only upon the receipt of an order of the Court. Therefore, the
5  parties, by and through their attorneys of records, hereby request that the Court issue an order to the
6  California Department of Corrections that it make Plaintiff available by telephone commencing at
7  2:00 p.m. on May 2, 2007 for the scheduled settlement conference.
8  IT IS SO STIPULATED.

**KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP**

Dated: March 1, 2007   By: /s/
William N. Hebert
Patrice N. Harper

Attorneys for Plaintiff
Paul Michael Sandoval


**OFFICE OF THE ATTORNEY GENERAL**

Dated: March 1, 2007   By: /s/
EDMUND G. BROWN, JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
THOMAS S. PATTERSON
Supervising Deputy Attorney General
VIRGINIA I. PAPAN, Deputy Attorney General

Attorneys for Defendant
Sergeant Jordan

1

STIP. AND ORDER TO MAKE PLAINTIFF AVAILABLE BY PHONE:
*Sandoval v. Jordan*, Case No. C-04-1279 MMC

**ORDER**

The parties having so stipulated, it is hereby ordered that the California Department of Corrections, Pleasant Valley State Prison, shall make available by telephone Plaintiff Paul Michael Sandoval, Inmate No. K-83817, for a mandatory settlement conference on May 2, 2007, commencing at 2:00 p.m.

IT IS SO ORDERED.

March 9, 2007

_____
Magistrate

*IT IS SO ORDERED*
*Judge James Larson*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

2
STIP. AND ORDER TO MAKE PLAINTIFF AVAILABLE BY PHONE:
*Sandoval v. Jordan*, Case No. C-04-1279 MMC