United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Paul Sandoval,

        Plaintiff,

   v.

Mandell, et al.,

        Defendants.
_____/

No. C 04-1279 MMC (JL)

RESCHEDULING OF SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that due to a change in the Judge's calender, the settlement conference previously set for Wednesday, May 2, 2007 has been continued to **Tuesday, May 8, 2007 at 10:00 a.m.,** before Magistrate Judge James Larson. The parties shall notify Magistrate Judge Larson's chambers immediately if this case settles prior to the date set for settlement conference.

DATED: May 1, 2007

                                                      _____
                                                      JAMES LARSON
                                                      Chief Magistrate Judge

SETTLEMENT CONFERENCE NOTICE       1