| | |
|---|---|
| 1 | **KIRKPATRICK & LOCKHART<br>PRESTON GATES ELLIS** LLP |
| 2 | WILLIAM N. HEBERT (SBN 136099)<br>PATRICE N. HARPER (SBN 225573) |
| 3 | 55 Second Street, 17th Floor<br>San Francisco, California 94105 |
| 4 | Telephone: 415-882-8200<br>Facsimile: 415-882-8220 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>Paul Michael Sandoval |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PAUL MICHAEL SANDOVAL,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CAPTAIN MANDEL and SERGEANT JORDAN,<br><br>　　　　　Defendants. | Case No. C-04-1279 MMC (JL)<br><br>[PROPOSED] ORDER TO MAKE AVAILABLE PLAINTIFF PAUL MICHAEL SANDOVAL BY TELPEHONE FOR MAY 8, 2007 SETTLEMENT CONFERENCE<br><br>Date:　May 8, 2007<br>Time:　10:00 a.m.<br>Place:　Chambers, 15th Floor<br><br>The Honorable Magistrate Judge James Larson |

The Court has re-scheduled the settlement conference, previously set for May 2, 2007 at 2:00 p.m., to May 8, 2007 at 10:00 a.m. [Dkt. #47]. As the Court has previously ordered, Plaintiff Paul Michael Sandoval, an inmate at the Pleasant Valley State Penitentiary, must participate in order for the settlement conference to be effective [Dkt. #46]. Accordingly, the Court hereby orders that the California Department of Corrections, Pleasant Valley State Prison, shall make available by telephone Plaintiff Paul Michael Sandoval, Inmate No. K-83817, for a mandatory settlement conference on **May 8, 2007, commencing at 10:00 a.m.**

Dated: May 7, 2007

_____
Magistrate Judge

IT IS SO ORDERED
/s/ James Larson
Judge James Larson