UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Paul Sandoval, | No. C 04-1279 MMC |
|     Plaintiff, | **FURTHER** SETTLEMENT CONFERENCE AND SETTLEMENT CONFERENCE ORDER |
|     v. | |
| Mandell, et al., | |
|     Defendants. _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that a further settlement conference has been scheduled for **Tuesday, February 12, 2008 at 10:00 a.m**., in Judge Larson's chambers, located at the Federal Building, 450 Golden Gate Avenue, 15th Floor, San Francisco, California 94102.  **If the court-ordered date presents problems for parties or counsel, counsel is to contact Judge Larson's chambers directly at (415) 522-2112.**

Personal attendance will rarely be excused by the Court, and only for substantial hardship.  A written application to be available by telephone rather than in person shall be served on opposing counsel and lodged with the judge, along with the Settlement Conference Statement.

Only upon written showing of good cause, submitted at least seven calendar days prior to the settlement conference, will the Court excuse a party or Counsel from mandatory

SETTLEMENT CONFERENCE NOTICE        1

1  attendance of the settlement conference.  Parties or Counsel may be excused from
2  attending the settlement conference only upon written authorization from Judge Larson.
3        Parties or counsel who fail to attend the settlement conference, and where absence
4  is not authorized by Judge Larson, will be subject to sanctions, pursuant to Federal Rule of
5  Civil Procedure 16(f).
6        **At least seven (7) calendar days before the Settlement conference the parties**
7  **shall deliver directly to the magistrate judge *two copies* of a Updated Confidential**
8  **Settlement Conference Statement which should be lodged with chambers and**
9  **should not be filed with the Clerk of the Court or served upon other parties.**
10        If the case involves any claims for injunctive relief, the parties must meet and confer
11  before the scheduled Settlement Conference in order to resolve as many issues as
12  possible.  Results of the meet and confer must be included in the Settlement Conference
13  Statement.  Failure to comply with these pre-conditions will result in forfeiture of the
14  Settlement Conference date.
15        **Any request to continue the settlement conference shall be submitted in**
16  **writing after consultation with the opposing party.  Submission by facsimile is**
17  **acceptable at facsimile number (415) 522-2140.**
18        The parties shall notify Magistrate Judge Larson's chambers immediately if this case
19  settles prior to the date set for settlement conference.
20
21  DATED:   October 19, 2007
22
23                                              _____
                                              JAMES LARSON
                                              Chief Magistrate Judge
24
25
26
27
28

SETTLEMENT CONFERENCE NOTICE      2

United States District Court
For the Northern District of California