CALVO & CLARK, LLP
WILLIAM N. HEBERT (SBN 136099)
SEUNG LEE (SBN 224273)
ALEX FREEMAN (SBN 237811)
One Lombard Street, 2nd Floor
San Francisco, California 94111
Tel: (415) 374-8370
Fax: (415) 374-8373

Attorneys for Plaintiff
Paul Michael Sandoval

EDMUND G. BROWN, JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
JONATHAN L. WOLFF
Supervising Deputy Attorney General
DANIELLE F. O'BANNON, (SBN 207095)
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, California 94102-7004
Tel: (415) 703-5956; Fax: (415) 703-5843
Email: Danielle.OBannon@doj.ca.gov

Attorneys for Defendant
Sergeant Jordan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PAUL MICHAEL SANDOVAL,<br><br>    Plaintiff,<br><br>vs.<br><br>CAPTAIN MANDEL and SERGEANT JORDAN,<br><br>    Defendants. | Case No. C-04-1279 MMC (JL)<br><br>STIPULATION AND [PROPOSED] ORDER TO MAKE AVAILABLE PLAINTIFF PAUL MICHAEL SANDOVAL BY TELPEHONE FOR FURTHER SETTLEMENT CONFERENCE<br><br>Date: February 12, 2008<br>Time: 10:00 a.m.<br>Place: Chambers, 15th Floor<br><br>The Honorable Magistrate Judge James Larson |

1  Plaintiff Paul Michael Sandoval is an inmate at the Pleasant Valley State Penitentiary. The
2  Court has scheduled a settlement conference for February 12, 2008, in which Plaintiff must participate
3  in order for the settlement conference to be effective. The California Department of Corrections will
4  make Plaintiff available by telephone only upon the receipt of an order of the Court. Therefore, the
5  parties, by and through their attorneys of records, hereby request that the Court issue an order to the
6  California Department of Corrections that it make Plaintiff available by telephone commencing at
7  10:00 a.m. on February 12, 2008 for the scheduled settlement conference.
8  IT IS SO STIPULATED.

CALVO & CLARK, LLP

Dated: January 8, 2008     By: _____
                                WILLIAM N. HEBERT

Attorney for Plaintiff
Paul Michael Sandoval

OFFICE OF THE ATTORNEY GENERAL

Dated: January 8, 2008     By: _____
EDMUND G. BROWN, JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
JONATHAN L. WOLFF
Supervising Deputy Attorney General
DANIELLE F. O'BANNON, Deputy
Attorney General

Attorneys for Defendant
Sergeant Jordan

---

STIP. AND ORDER TO MAKE PLAINTIFF AVAILABLE BY PHONE:
*Sandoval v. Jordan*, Case No. C-04-1279 MMC                                                                                           1

## ORDER

The parties having so stipulated, it is hereby ordered that the California Department of Corrections, Pleasant Valley State Prison, shall make available by telephone Plaintiff Paul Michael Sandoval, Inmate No. K-83817, for a mandatory settlement conference on February 12, 2008, commencing at 10:00 a.m.

IT IS SO ORDERED.

January 10, 2008



IT IS SO ORDERED
Judge James Larson

_____
Magistrate District Court