IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **PAUL SANDOVAL,**<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>**CAPTAIN MANDEL, et al.,**<br><br>　　　　　　　　　　　　Defendants. | C 04-1279 MMC (PR)<br><br>**ORDER GRANTING DEFENDANT LEAVE TO FILE A MOTION FOR RECONSIDERATION OF ORDER DENYING DEFENDANT'S MOTION TO DISMISS** |

　　　Before the Court is Defendant Sergeant Jordan's motion for leave to file a motion for reconsideration of the Court order denying defendant's motion to dismiss, pursuant to Civil Local Rule 7–9(b)(2), based on a change of law occurring after the time of such order.

　　　Good cause appearing, defendant's motion for leave is hereby GRANTED.

　　　Defendant's Motion for Reconsideration shall be filed on or before February 15, 2008. Plaintiff's opposition to such Motion shall be filed on or before February 29, 2008. Defendant's reply to such opposition shall be filed on or before March 7, 2008. The hearing on Defendant's motion for reconsideration shall be on March 21, 2008.

　　　IT IS SO ORDERED.

Dated: February 8, 2008

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　The Honorable Maxine M. Chesney
　　　　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge