**CALVO & CLARK** LLP

ONE LOMBARD STREET, SECOND FLOOR
SAN FRANCISCO, CA 94111
P: 415.374.8370 F: 415.374.8373
WWW.CALVOCLARK.COM

writer's direct e-mail
slee@calvoclark.com



February 5, 2008

**VIA E-FILING**

Chief Magistrate Judge James Larson
450 Golden Gate Ave.
Courtroom F, 15th Floor
San Francisco, CA 94102

      RE:    *Paul Michael Sandoval v. Captain Mandel and Sergeant Jordan;*
               Case No. C-04-1279 MMC (JL);
               **February 12 Further Settlement Conference**

Dear Judge Larson,

      The parties in the above titled matter are currently scheduled for a further settlement conference on February 12, 2008. However, just this morning, we were informed by the State Prison that they would be unable to make Plaintiff Paul Sandoval available by phone on that date. Specifically, because February 12 is a state holiday, the prison's litigation group personnel required to guard Mr. Sandoval during his telephonic appearance will be unavailable.

      I have spoken with Danielle O'Bannon, counsel for defendant, and advised her of the situation. Ms. O'Bannon does not object to continuing the further settlement conference to Friday, March 14, 2008, at 10:00 a.m., which we understand is the next available date and time.

      Accordingly, Plaintiff respectfully requests that this Court continue the further settlement conference currently scheduled for February 12, to March 14, at 10:00 a.m.

                             Sincerely,

                               CALVO & CLARK, LLP

                               Seung Lee

SL:lt