1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  JONATHAN L. WOLFF
   Supervising Deputy Attorney General
5  DANIELLE F. O'BANNON, State Bar No. 207095
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA 94102-7004
7    Telephone: (415) 703-5735
     Fax: (415) 703-5843
8    Email: Danielle.OBannon@doj.ca.gov

9  Attorneys for Defendant Jordan

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **PAUL SANDOVAL,**<br><br>Plaintiff,<br><br>v.<br><br>**CAPTAIN MANDEL, et al.,**<br><br>Defendants. | C 04-1279 MMC (PR)<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER TO EXTEND THE EXPERT DISCOVERY DEADLINES** |

Defendant Jordan's hearing on her motion for reconsideration is scheduled for March 21, 2008. The Court's September 21, 2007 Order After Hearing, scheduled the expert discovery cut-off for April 18, 2008 and the date to name experts for March 21, 2008. In light of the March 21, 2008 motion for reconsideration, the parties hereby stipulate to the following:

1. Extend the expert discovery cut-off to May 9, 2008,

2. Extend the date to name and produce expert reports to April 28, 2008,

3. Open discovery for the limited purpose of deposing a confidential informant by April 25, 2008,

4. Defendant Jordan shall conduct a psychological examination of Plaintiff on April 4, 2008 at 9:00 a.m. with Charles Scott, M.D. of UC Davis Medical Center at Folsom State Prison or California State Prison Sacramento, and

5. The parties shall continue the settlement conference currently scheduled for March 14, 2008 at 10:00 a.m. with Judge Larson until after the hearing on Defendant Jordan's motion for reconsideration scheduled for March 21, 2008.

IT IS SO STIPULATED:

DATED: _____

WILLIAM HEBERT, Esq.
Attorney for Plaintiff Paul M. Sandoval

DATED: 2/26/08

DANIELLE F. O'BANNON, Esq.
Deputy Attorney General
Attorneys for Defendant Jordan

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:_____

Maxine M. Chesney

40219112.wpd
SF2004400593

Stip. & Order Ext. Crt. Deadlines

*Sandoval v. Mandel*
C 04-1279 MMC (PR)

2

1     4.   Defendant Jordan shall conduct a psychological examination of Plaintiff on April 4, 2008 at 9:00 a.m. with Charles Scott, M.D. of UC Davis Medical Center at Folsom State Prison or California State Prison Sacramento, and

    5.   The parties shall continue the settlement conference currently scheduled for March 14, 2008 at 10:00 a.m. with Judge Larson until after the hearing on Defendant Jordan's motion for reconsideration scheduled for March 21, 2008.

IT IS SO STIPULATED:

DATED: 2/26/08

WILLIAM HEBERT, Esq.
Attorney for Plaintiff Paul M. Sandoval

DATED: _____

DANIELLE F. O'BANNON, Esq.
Deputy Attorney General
Attorneys for Defendant Jordan

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: February 27, 2008

Maxine M. Chesney

40219112.wpd
SF2004400593

Stip. & Order Ext. Crt. Deadlines

*Sandoval v. Mandel*
C 04-1279 MMC (PR)

2