

EDMUND G. BROWN JR.  
*Attorney General*

State of California  
**DEPARTMENT OF JUSTICE**

455 GOLDEN GATE AVENUE, SUITE 11000  
SAN FRANCISCO, CA 94102-7004

Public: (415) 703-5500  
Telephone: (415) 703-5735  
Facsimile: (415) 703-5843  
E-Mail: Danielle.OBannon@doj.ca.gov

March 5, 2008

**Via E-Filing**

Chief Magistrate Judge James Larson  
Northern District of California, San Francisco  
United States District Court  
Phillip Burton United States Courthouse  
450 Golden Gate Avenue, 16th Floor  
San Francisco, CA 94102-3434

RE: Sandoval v. Mandel, et al.  
<u>United States District Court, Northern District of California, Case No. C-04-1279-MMC (PR)</u>

Dear Judge Larson:

The parties in the above referenced matter are currently scheduled for a further settlement conference on March 14, 2008. However, a motion for reconsideration of Defendant's motion to dismiss is currently on calendar for March 21, 2008. As a result, the parties have requested a continuance of the conference until after the March 21, 2008 hearing.

The parties have agreed to continue the hearing to May 7, 2008 at 2:00 p.m.

Sincerely,

DANIELLE F. O'BANNON  
Deputy Attorney General

For    EDMUND G. BROWN JR.  
       Attorney General

DFO:

cc: William Hebert, Esq.

40225546.wpd

*[Stamped: IT IS SO ORDERED / Judge James Larson — United States District Court, Northern District of California]*