IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAUL SANDOVAL,

        Plaintiff,

v.

CAPTAIN MANDEL, et al.,

        Defendants.
        /

No. CV-04-1279 MMC

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** defendant's motion for reconsideration is hereby GRANTED and the complaint is hereby DISMISSED for failure to exhaust administrative remedies.

Dated: March 24, 2008

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk